*Monroe I. Katcher, II, Jerome S. Heller, Henry Cohen* and *Josephine E. Kestler* for appellants.

*Alvin McKinley Sylvester* for respondents.

Appeal dismissed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.

ANNE P. DASCOMB, Plaintiff, *v.* NEW YORK TRUST COMPANY et al., Defendants.

JOSEPH QUITTNER, Guardian ad Litem for GAIL F. GLAVIN, an Infant, et al., Appellants. NEW YORK TRUST COMPANY, Respondent.

Submitted March 17, 1948; decided April 22, 1948.

*Seymour J. Wilner* for appellants.

*James McCarron* and *Thomas Kiernan* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ. Taking no part, THACHER, J.